IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-01797-MJW

A.J. & ANDREA FOWLER

    Plaintiffs,

    v.

BANK OF AMERICA BANK CORPORATION, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, L.P.  f/k/a  COUNTRYWIDE HOME LOANS INC.

    Defendants.

---

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

---

The Plaintiff's, through undersigned counsel, MOVE this Honorable Court for leave to amend their Complaint originally filed 8/20/15. As grounds, the Plaintiff's state as follows:

    I.    Certification
    (D.C.Colo.L.Civ.R. 7.1)

Plaintiff's have conferred with opposing counsel who oppose this Motion.

    II.    Procedural Background

The Complaint was filed 8/20/15 and served to respective Defendants between 9/11/15 and 9/14/15. A scheduling conference held on 10/20/15 established 1/18/16 as the deadline for joining additional parties and/or amending pleadings. Defendants have not answered the Complaint. Defendants Motion to Dismiss and subsequent related pleadings are under review by the Court.

### III.   Standard of Review

FED.R.CIV.P. 15 reads:

> (B)(2) …. [A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.
>
>    . . . .
>
> (C)(2)(d) …. On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time.

### IV.   Argument

Plaintiffs prefer the Court to have ruled on Defendant's Motion to Dismiss together with subsequent related pleadings before filing this Motion to correct procedural or pleading defects, if any, discovered by the Court. In lieu of the 1/18/16 amendment deadline established at the 10/20/16 scheduling conference, Plaintiffs seek to include additional claims and cure pleading defeciencies currently alleged by Defendants.

### V.   Conclusion

Justice requires leave to amend in these circumstances and reasonable notice has been provided to the Defendants.

WHEREFORE, Plaintiffs MOVES this Honorable Court for leave to amend their Complaint.

dd:   1/18/16                          BULLOCK LAW L.L.C.

*A signed copy of the foregoing is on file and available for inspection at the offices of BULLOCK LAW L.L.C. upon request.*

By:   s/:Tim Bullock
      *Tim Bullock* #35239
      827 Good Hope Drive
      Castle Rock, CO 80108

      (p) 888.682.3788
      (f)303.495.2198

      Bullocklaw@Gmail.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing PLAINTIFF'S MOTION TO AMEND COMPLAINT with PROPOSED ORDER were e-filed and served via CM/ECF or U.S. Mail on the following party:

   Adam Lewis, esq.
   BRYAN CAVE L.L.P.
   1700 Lincoln Street, Suite 4100
   Denver, CO 80203

dd: 1/18/16

s/:   *Tim Bullock*
      Tim Bullock