## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01797-MJW

ALBERT FOWLER, and
ANDREA FOWLER,

    Plaintiffs,

v.

BANK OF AMERICA, CORPORATION
BANK OF AMERICA, N.A., and
BAC HOME LOANS SERVICING, L.P., f/k/a Countrywide Home Loans, Inc.,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order of Magistrate Judge Michael J. Watanabe entered on August 1, 2016  it is

    ORDERED that, Defendants' motion to dismiss filed 10/26/2015, [37] is granted. It is

    FURTHER ORDERED that, Defendant's motion to strike filed 1/05/2016, [45] is denied, and Plaintiffs' motion to amend filed 1/18/2016, [47] is denied. It is

    FURTHER ORDERED that, this case is DISMISSED in its entirety under Fed. R. Civ. P. 12(b)(6).

    FURTHER ORDERED that, final judgment enter in favor of Defendants Bank of

America, Corporation, Bank of America, N.A., and BAC Home Loans Servicing, L.P. and against Plaintiffs Albert Fowler and Andrea Fowler.

Dated at Denver, Colorado this 1st day of August, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ S. Libid

S. Libid, Deputy Clerk